AUSA NL

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Karon G. JACKSON<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.   2:25-mj-50<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 31, 2025 _____ in the county of _____ Franklin _____ in the
_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(9)/924(a)(8) | Possession of a firearm ammunition by a prohibited person, to wit: a conviction in any court of a misdemeanor crime of domestic violence. |

This criminal complaint is based on these facts:

See Attachment A (affidavit), incorporated herein by reference.

☑ Continued on the attached sheet.

_Complainant's signature_

Teresa Petit, ATF Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  1/31/2025

Chelsey M. Vascura
United States Magistrate Judge
_Judge's signature_

City and state:         Columbus, Ohio

U.S. Mag. Judge Chelsey M. Vascura
_Printed name and title_