AO 91 (Rev. 11/11) Criminal Complaint

## ATTACHMENT A

I, Teresa Petit, being duly sworn, depose and state that:

I have been a Special Agent, with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since May of 2014. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of a criminal complaint against Karon G. JACKSON, (DOB: XX/XX/1987) for possession of a firearm by a person convicted in any court of a misdemeanor crime of domestic violence, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8). The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related police reports, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. On January 31, 2025, Special Agents and Task Force Officers with ATF were executing a federal search warrant at 5974 Banzoli Way, Galloway, Ohio 43119. The location is JACKSON's personal residence. Your affiant knows the location to be his residenc, because on or about October 25, 2024, JACKSON filed a petition in the Franklin County Court of Common Pleas seeking the issuance of a certificate of title to a motor vehicle. In the filing, JACKSON listed that as his residence. Additionally, on January 7, 2025, JACKSON contacted the Columbus Division of Police (CPD) to report a dispute with the mother of his children at the same location. CPD Officers responded to the residence and were met by both JACKSON and the mother of his children. Both individuals spoke with CPD Officers and separately stated that JACKSON resides at the location.

3. While executing the search warrant, JACKSON opened the door from inside the residence when investigators knocked. At the time of the search warrant execution, JACKSON was home alone. While executing the warrant, investigators recovered three (3) firearms from inside the residence. The firearms recovered from inside the residence are more specifically identified as follows: (1) a Glock, model 19X, 9mm, semi-automatic pistol, with serial number AFTB692; (2) a Glock, model 19X, 9mm, semi-automatic pistol, with serial number BPSZ169; and (3) a Glock, model 19X, 9mm, semi-automatic pistol, with serial number AGGN450. While executing the warrant, agents/TFOs also recovered a fourth firearm from inside a Nissan Altima (OH HUF6813) parked at the residence with an expired registration in JACKSON's name—namely, a Springfield Armory, Hellcat Pro, 9mm, semi-automatic pistol, with serial number BB452787.

AO 91 (Rev. 11/11) Criminal Complaint

4. An ATF Nexus expert determined that the aforementioned firearm(s) were not manufactured in the State of Ohio and therefore would have travelled in and affected interstate and/or foreign commerce prior to arriving in Ohio.

5. A review of JACKSON's criminal history shows that he has been convicted of the following criminal offense which would prohibit his possession of a firearm under 18 U.S.C. §§ 922(g)(9) and 924(a)(8): Domestic Violence, in violation of Ohio Revised Code § 2919.25(A), a misdemeanor of the first degree, in the Franklin County Court of Common Pleas, Case Number 23-CR-1872. The victim of the domestic violence offense ("J.L.") and JACKSON have two (2) common children and were cohabitating together at the time of the incident that led to JACKSON's conviction. JACKSON pled guilty and was sentenced for that offense on or about November 21, 2023.

6. Based upon the aforementioned information and events, as well as your affiant's training and experience in dealing with federal firearms violations, your affiant believes that probable cause exists to show that on or about January 31, 2025, Karon G. JACKSON, a person convicted of a misdemeanor crime of domestic violence, as that term is defined in Title 18, United States Code, Section 921(a)(33)(A), did knowingly possess a firearm which was not manufactured in the State of Ohio and therefore travelled in and/or affected interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

Teresa Petit, ATF Special Agent

Sworn to before me and signed in my presence.

Chelsey M. Vascura
U.S. Magistrate Judge

1/31/2025

Date